IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST SHIPYARDS,<br><br>Plaintiff,<br><br>v.<br><br>NAUTICAL ENGINEERING INC,<br><br>Defendant.<br><br>AND RELATED CASES / | No. C -12-05439 EDL<br><br>Related cases:<br><br>No. C -12-05440 EDL<br>No. C -12-05441 EDL<br>No. C -12-05442 EDL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES** |

On March 19, 2013, Plaintiffs filed a Motion to Consolidate Related Cases, which was set for hearing on April 23, 2013. Because this matter is appropriate for decision without oral argument, the hearing is vacated. The Court finds that consolidation would be a convenience, would avoid prejudice, and would expedite and economize further proceedings. Therefore, it is ordered that the four related cases are consolidated for all future purposes.

IT IS SO ORDERED.

Dated: April 8, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge