IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST SHIPYARDS, et al., | No. C -12-05439 EDL |
| Plaintiffs, | AND CONSOLIDATED CASES<br>No. C-12-5440<br>No. C-12-5441 |
| v. | No. C-12-5442 |
| NAUTICAL ENGINEERING INC, et al., | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

On July 30, 2013, Plaintiffs and the Esteves Defendants jointly requested that the Court continue the August 6, 2013 case management conference to a date after the Court's ruling on the Esteves Defendants' motion to dismiss. The Esteves Defendants have not yet filed a motion to dismiss, which shall be filed no later than August 2, 2013. Provided they do so as they stated that they intend to, there is good cause to continue the case management conference to October 8, 2013 at 10:00 a.m. A joint case management conference statement shall be filed no later than October 1, 2013.

**IT IS SO ORDERED.**

Dated: July 31, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge