1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

**United States District Court**
For the Northern District of California

| | |
|---|---|
| PACIFIC COAST SHIPYARDS PENSION FUND, et al., | No. C 12-05439  RS |
| | AND CONSOLIDATED CASES |
| Plaintiffs, | C-12-05440 RS |
| v. | C-12-05441 RS |
| | C-12-05442 RS |
| NAUTICAL ENGINEERING, INC., et al, | |
| | **CASE MANAGEMENT** |
| Defendants. | **SCHEDULING ORDER** |
| _____/ | |

18          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

19   Case Management Conference on March 13, 2014.  After considering the Joint Case

20   Management Statement submitted by the parties and consulting with the attorneys of record for

21   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

22          1.      ALTERNATIVE DISPUTE RESOLUTION.

23          MEDIATION:  The parties are hereby REFERRED to the court's ADR department for

24   the purpose of engaging in mediation to take place, ideally, within the next 90 days.

25          2.      DISCOVERY.

26          On or before August 15, 2014 all non-expert discovery shall be completed by the parties.

27   Discovery shall be limited as follows: (a) five (5) non-expert depositions per party; (b) twenty-

28

five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.     DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.     EXPERT WITNESSES.  The disclosure and discovery of expert witnesses, if any, shall proceed as follows:

A. On or before August 15, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before September 5, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before September 26, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.     PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **November 6, 2014**.

6.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **February 12, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

**United States District Court**
For the Northern District of California

1    7.    TRIAL DATE.   A bench trial shall commence on **February 23, 2015 at 9:00**

2  **a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San

3  Francisco, California.

4         IT IS SO ORDERED.

5

6  DATED:  March 13, 2014

7                                                    _____

8                                                    RICHARD SEEBORG
                                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                CASE MANAGEMENT SCHEDULING ORDER