UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST SHIPYARDS PENSION FUND, D. CARL HANSON, TRUSTEE, ROBERT BENT, TRUSTEE, ELLEN VINCK, TRUSTEE, JAMES H. McPHEE, TRUSTEE, LARRY MAZZOLA, JR., TRUSTEE, JEFF T. HAYES, JR., TRUSTEE, ANTHONY URBINA, TRUSTEE AND JOSE SANTANA, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTICAL ENGINEERING, INC., a California corporation; Esteves Family Trust, sued as Doe 1; Ursula Mary Esteves, Trustee, sued as Doe 2; Ursula Esteves, an individual, aka Ursula M. Esteves, aka Ursula Mary Esteves, sued as Doe 3; Does 4 through 10 inclusive,<br>Defendants. | Case No. C-12-5439 RS<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Judgment in this matter,

IT IS ORDERED AND ADJUDGED that the plaintiffs Pacific Coast Shipyards Pension Fund, D. Carl Hanson, Trustee, Robert Bent, Trustee, Ellen Vinck, Trustee, James H. McPhee, Trustee, Larry Mazzola, Jr., Trustee, Jeff T. Hayes, Jr., Trustee,

Anthony Urbina, Trustee and Jose Santana, Trustee have and recover judgment from defendant Nautical Engineering Inc. for the following amounts:

(1) $794,509.00 as withdrawal liability pursuant to ERISA §4219(c) (5) - (6), 29 U.S.C. §1399 (c) (5) - (6);

(2) $151,453.27 interest on withdrawal liability at rate of 7.5% simple interest per annum from January 1, 2012 to July 15, 2014 (pursuant to ERISA §4219 (c) (5) - (6), 29 U.S.C. §1399 (c) (5) - (6);

(3) $158,901.80 representing 20% of the amount of the outstanding withdrawal liability as of the time of judgment pursuant to ERISA §§4301 (b) and 502 (g) (2), 29 U.S.C. §§1451 (b) and 1132 (g) (2);

(4) $9,828.89 representing net payroll audit delinquency pursuant to ERISA §§ 515 and 502, 29 U.S.C. 1145 and 1132.

(5) $1,965.77 interest on unpaid payroll audit delinquency:

(6) $8,182.00 attorney's fees incurred by plaintiffs as permitted by ERISA §§ 4301 (e) and 502 (g), 29 U.S.C. §§ 1451 (e) and 1132 (g);

The total amount is $1,124,840.73.

IT IS ORDERED AND ADJUDGED that no equitable relief as otherwise prayed for is given.

Let Judgment enter accordingly.

Date: 8/19/14

*[signature]*

U.S. District Judge