Robert F. Schwartz, SBN 227327
Michelle S. Lewis, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
Email:         rschwartz@truckerhuss.com
                    mlewis@truckerhuss.com

Attorneys for Defendants
URSULA ESTEVES, THE ESTEVES
FAMILY TRUST, AND URSULA MARY
ESTEVES AS TRUSTEE OF THE
ESTEVES FAMILY TRUST

Donald C. Carroll (State Bar No. 34569)
Charles P. Scully (State Bar No. 87704)
LAW OFFICES OF CARROLL & SCULLY, INC.
300 Montgomery St., Suite 735
San Francisco, CA 94104
Phone: (415) 362-0241
Fax:     (415) 362-3384
Email: carr_scu@pacbell.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST SHIPYARDS PENSION FUND, et al.,<br><br>Plaintiffs<br><br>v.<br><br>NAUTICAL ENGINEERING, INC., et al.<br><br>Defendants. | Case No. 3:12-cv-05439 RS<br>AND CONSOLIDATED CASES:<br>C-12-05440 RS<br>C-12-05441 RS<br>C-12-05442 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs PACIFIC COAST SHIPYARDS PENSION FUND, MARINE CARPENTERS PENSION FUND, I.B.E.W. PACIFIC COAST PENSION FUND (collectively, the "Pension Funds"), together with the respective trustees of each Pension Fund (collectively, the "Plaintiffs"), and URSULA ESTEVES, THE ESTEVES FAMILY TRUST, and URSULA MARY ESTEVES AS TRUSTEE OF THE ESTEVES FAMILY TRUST (collectively, the "Esteves Defendants"), stipulate and agree, by and

through their respective counsel, that the above-referenced action is hereby dismissed in its entirety, with prejudice, with respect to all claims asserted against the Esteves Defendants.  Except as may be agreed by the parties, each party shall bear his, her or its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: August 18, 2014

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendants
URSULA ESTEVES, THE ESTEVES FAMILY TRUST, AND URSULA MARY ESTEVES AS TRUSTEE OF THE ESTEVES FAMILY TRUST

DATED: August 18, 2014

LAW OFFICES OF CARROLL & SCULLY, INC.

By: /s/Donald C. Carroll
Donald C. Carroll
Attorneys for Plaintiffs

I attest that I have obtained Mr. Carroll's concurrence in the filing of this document.

DATED:  August 18, 2014

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendants
URSULA ESTEVES, THE ESTEVES FAMILY TRUST, AND URSULA MARY ESTEVES AS TRUSTEE OF THE ESTEVES FAMILY TRUST

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE;
Case No. 3:12-cv-05439-RS

2

1 **[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:  8/19/14

_____
Hon. Richard Seeborg
Judge of the United States District Court

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE;
Case No. 3:12-cv-05439-RS

3